UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DUSTIN DAVIS,

                Plaintiff,

-v-

POLING & CUTLER MARINE
TRANSPORTATION, LLC,

                Defendant

No. 10 Civ. 2840 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/10

---

RICHARD J. SULLIVAN, District Judge:

    This case has been assigned to my docket. Accordingly, the parties are HEREBY ORDERED to appear for an initial conference on Wednesday, May 26, 2010 at 11:30 a.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that, by Wednesday, May 19, 2010 at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five pages, providing the following information in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or outstanding requests to file motions;

    (4)    A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

    (5)    A list of all prior settlement discussions, including the date, the parties

involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that you believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED that, by Wednesday, May 19, 2010 at 4:00 p.m., the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

The status letter and the proposed case management plan shall be emailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Practices, which are available on the S.D.N.Y. website, with respect to communications with chambers and related matters.

Because Defendant has not filed a notice of appearance in this action, Plaintiff is ordered to serve Defendant with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated. Plaintiff is further ordered to file an affidavit on ECF certifying that the complaint has been served on Defendant.

SO ORDERED.

Dated:   May 5, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE